AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

DONALD H. DAMPIER JR.
*Petitioner*

v.    Case No. 1:23-cv-00592
*(Supplied by Clerk of Court)*

WARDEN ROKOSKY
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED
SEP - 5 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: DONALD HANDLEY DAMPIER JR
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FCI MCDOWELL
   (b) Address: P.O. BOX 1009
   WELCH, WV 24801
   (c) Your identification number: 39348-509
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Southern District of Illinois
   (b) Docket number of criminal case:
   (c) Date of sentencing: 08-26-2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☑ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
 ·sciplinary proceedings
☐ Other (explain):   N/A

6. Provide more information about the decision or action you are challenging:
  (a) Name and location of the agency or court:   N/A
  (b) Docket number, case number, or opinion number:
  (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    N/A
  (d) Date of the decision or action:   N/A

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
  Did you appeal the decision, file a grievance, or seek an administrative remedy?
  ☑ Yes      ☐ No
  (a) If "Yes," provide:
    (1) Name of the authority, agency, or court:   B.O.P (ADMIN. REMEDY)
    (2) Date of filing:   ON OR ABOUT JULY 29, 2023
    (3) Docket number, case number, or opinion number:
    (4) Result:   STILL PENDING (BP-9)
    (5) Date of result:   N/A
    (6) Issues raised:   I AM ENTITLED TO EARLIER SUPERVISED RELEASE UPON APPLICATION OF THE SECOND CHANCE ACT. EVEN WITH A DETAINER (ALLEGED).

  (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
  After the first appeal, did you file a second appeal to a higher authority, agency, or court?
  ☐ Yes      ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: DUE TO MY IMPENDING RELEASE DATE EXHAUSTION WILL BE FUTILE AND STATUTORY INTERPRETATION DOES NOT REQUIRE EXHAUSTING ADMIN. REMEDY FOR 2241

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☒ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:    N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Date of filing:
       (2) Case number:
       (3) Result:
       (4) Date of result:
       (5) Issues raised:

    (d)  Did you appeal the decision to the United States Court of Appeals?
       ☐ Yes      ☑ No
       If "Yes," provide:
       (1) Name of court:
       (2) Date of filing:
       (3) Case number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE BOP INCORRECTLY DENIED ME HALF WAY HOUSE TIME BASED SOLELY ON A STATE DETAINER.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
"THE BOP CONTINUES IT'S HABIT OF SOWING CONFUSION TO UNETHICALLY REDUCE INMATES AMOUNT OF HALF WAY HOUSE TIME AND FSA CREDITS". NOTABLY, ALL HALF WAY HOUSE RESOURCES ALLOCATED BY THE GOVERNMENT FOR THE PRISONER REENTRY BUDGET IS FUNNELED THROUGH THE SECOND CHANCE ACT, WHICH EVERYONE GETS. (NO MATTER IF YOU HAVE A DETAINER OR NOT)

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** BOP STAFF ASSERTS THAT THE RESIDENTIAL REENTRY CENTER IS "FULL" AND THAT IS THE OTHER REASON I AM NOT RECEIVING HALF WAY HOUSE TIME.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
HALF WAY HOUSES ARE NEVER FULL, BECAUSE THEY MAKE MONEY ACCEPTING INMATES, RELEASING THEM TO HOME CONFINEMENT RELATIVELY QUICKLY AND THEN SELLING THE SAME BED OVER AND OVER. THEY GENERALLY ALSO HAVE A DORM FOR UNEXPECTED OVER FLOW.
SEE: MEMORANDUM ATTACHED

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☑ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

## Request for Relief

15. State exactly what you want the court to do: COMPEL THE BOP TO RELEASE ME TO (RRC) PRE-RELEASE CUSTODY, IMMEDIATELY

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

AUGUST 30, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: AUGUST 30, 2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_